

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-18-00523-CV

**OHIO DEVELOPMENT, LLC**.,
Appellant

v.

**TAPATIO SPRINGS HOMEOWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-405CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
          Irene Rios, Justice
          Beth Watkins, Justice

The appellant's motion to reconsider denial of oral argument is hereby DENIED.

It is so ORDERED on February 8, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court